UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| IN RE: YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) | 3:09-md-02100-DRH<br><br>MDL No. 2100 |

**This Document Relates To:**

| | |
|---|---|
| *Brandi Spriggs v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 13-cv-10615-DRH |
| *Chasity Charles v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 13-cv-10606-DRH |
| *Angela Hale v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 13-cv-10607-DRH |
| *Christine Semere v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 13-cv-10608-DRH |
| *Tanya Meade, et al. v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 13-cv-10556-DRH |
| *Doris Gilchrist, et al. v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 13-cv-10552-DRH |
| *Cynthia M. Holden, et al. v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 13-cv-10553-DRH |
| *Carri Rangel v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 13-cv-10482-DRH |
| *Dorothy Minnis v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 13-cv-10274-DRH |
| *Michelle Knight v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 13-cv-10269-DRH |
| *Bridgette Newton v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 13-cv-10272-DRH |
| *Melissa Phifer v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 13-cv-10271-DRH |

| | |
|---|---|
| *Shawnna Price v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 13-cv-10273-DRH |
| *Andrea Simelton v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 13-cv-10277-DRH |
| *Sandra Southern v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 13-cv-10268-DRH |
| *Alma Taylor v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 13-cv-10288-DRH |
| *Caroline Hamm v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 13-cv-10252-DRH |
| *Jeronda Harbison v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 13-cv-10259-DRH |
| *Linda Irby v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 13-cv-10250-DRH |
| *Debra S. Thomas v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 13-cv-10223-DRH |

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.**  These matters are before the Court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Order entered on March 13, 2015, the above captioned cases are **DISMISSED** with prejudice. Each party shall bear their own costs.

                                        **JUSTINE FLANAGAN,**
                                        **ACTING CLERK OF COURT**

                                        BY:   /s/*Caitlin Fischer*
                                                         **Deputy Clerk**

David R. Herndon
2015.03.16 16:32:15 -05'00'

APPROVED:
       DISTRICT JUDGE
       U. S. DISTRICT COURT

3